UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF MICHAEL T. JOYCE )<br>ATTORNEY PA I.D. 25573 )<br>A MEMBER OF THE BAR OF THE )<br>UNITED STATES DISTRICT COURT FOR )<br>THE WESTERN DISTRICT OF )<br>PENNSYLVANIA ) | MISC. NO. 12-242 |

### ORDER OF COURT

AND NOW, to-wit, this 20 day of June 2012, the Court being advised that MICHAEL T. JOYCE, a Member of the Bar of this Court since October 31, 1977, has been DISBARRED retroactive to June 11, 2009, by the Supreme Court of Pennsylvania, and from the Bar of the Commonwealth of Pennsylvania;

IT IS THEREFORE ORDERED that a Rule to Show Cause be and the same is hereby issued to MICHAEL T. JOYCE to show good cause why an identical order of DISBARMENT retroactive to June 11, 2009, could not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this Order.

The Clerk is directed to give notice of the entry of this order to all parties of interest.

GARY L. LANCASTER
CHIEF JUDGE